Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Ademeko Maclin-Carney** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  Case Number: 23-2013 |
| | ) |
| **Scott A Reuter, Thomas Wheeler and** | ) |
| **Jacqueline Halis-George.** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.    This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Ademeko Maclin-Carney's action against Defendants Scott A Reuter, Thomas Wheeler and Jacqueline Halis-George is dismissed with prejudice.

**Dated: 2/14/2023**

                                                             s/ Shig Yasunaga
                                                           Shig Yasunaga
                                                           Clerk, U.S. District Court